UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS WILLIAMS,

Civil Action No. 24-12174

Plaintiff,

Robert J. White
v.                                                        United States District Judge

DELL BAKER,                                        David R. Grand
United States Magistrate Judge

Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION
## TO DEPOSE PLAINTIFF (ECF No. 44)

*Pro se* plaintiff Marcus Williams ("Williams"), who is currently an inmate of the

Michigan Department of Corrections ("MDOC") at the Parnall Correctional Facility, filed

this civil rights action pursuant to 42 U.S.C. § 1983 against several MDOC employees.

(ECF No. 1).[1]  Williams' remaining claim is for violation of the Fourteenth Amendment,

and the remaining defendant is Dell Baker ("Baker").

Now before the Court is Baker's motion for leave to take Williams' deposition.

(ECF No. 44).  This motion is based upon Fed. R. Civ. P. 30(a)(2), which provides, in

relevant part, that in order to take a deposition, "[a] party must obtain leave of court, and

the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) … if the

deponent is confined in prison." Fed. R. Civ. P. 30(a)(2)(B).  Upon consideration, Baker's

motion is appropriate, as it is consistent with Fed. R. Civ. P. 26(b) ("Discovery Scope and

---

[1] All pretrial matters were referred to the undersigned pursuant to 28 U.S.C. § 636(b).  (ECF Nos. 13, 42).

Limits").

Therefore, Baker's Motion for Leave to Depose Plaintiff **(ECF No. 44)** is **GRANTED**.  Baker may take the deposition of Williams, who currently is incarcerated at the Parnall Correctional Facility, at a date and time to be scheduled with the MDOC, subject to any reasonable restrictions imposed by the officials at the institution where Williams is confined at the time the deposition is scheduled to be taken.  Such deposition may be taken either in person, by telephone, or by video conferencing, as allowed under Fed. R. Civ. P. 30(b)(4).

   **IT IS SO ORDERED.**


Dated: April 7, 2026                    s/David R. Grand
Ann Arbor, Michigan                     DAVID R. GRAND
                                        United States Magistrate Judge


## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 7, 2026.

                                        s/Julie Owens
                                        JULIE OWENS
                                        Case Manager